336 A.2d 249

**In re Challenge to Nomination Petition of Paul P. SLAWEK, Candidate for the Democratic Nomination for Councilman from the 4th Councilmanic District, Appellant.**

**In re Objection of Leon A. BRINKLEY, Sr.**

Supreme Court of Pennsylvania.

Argued April 8, 1975.

Decided April 14, 1975.

Rehearing Denied April 29, 1975.

John A. Luchsinger, Media, for appellant.

Wm. G. Schwartz, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed.